UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OTIS WARE,
    Plaintiff,

vs.                              Case No.: 3:22cv23463/MCR/ZCB

NORTH FLORIDA REGIONAL
MEDICAL CENTER INC,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 28, 2023. (Doc. 11). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed; instead, Plaintiff filed a Second Amended Complaint, which suffers from the same deficiencies.

Having considered the Report and Recommendation, and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 11) is adopted and incorporated by reference in this order, and the Second Amended Complaint fails for the same reasons.

2. This case is **DISMISSED without prejudice** under 28 U.S.C. § 1915(e)(2)(B)(ii) for Plaintiff's failure to state a claim upon which relief can be granted.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 15th day of May 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**